ALFRED J. LOEW, Individually and as Police Justice of the Village of Floral Park, Respondent, v. JOHN MCNEIL et al., Constituting the Board of Trustees of the Village of Floral Park, Appellants.

Argued January 13, 1939; decided January 18, 1939.

*Harold W. Weidner* for appellants.

*James H. Greene* for Alfred H. Winston, *amicus curiæ.*

*Laurence E. Degner* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.